

FILED

12/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0649

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0649

FILED

DEC 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TYLER FREDERICK ERICKSON,

    Defendant and Appellant.

O R D E R

Tyler Frederick Erickson petitions this Court for an out-of-time appeal, stating that he "also filed a timely appeal incorrectly so when [he] refiled it was out of time." Erickson indicates that he incorrectly filed a timely Notice of Appeal only with the District Court. He includes a copy of the final judgment and supporting documents for his issue on appeal.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

On September 15, 2021, the Twentieth Judicial District Court, Lake County, revoked Erickson's 2015 suspended sentence for felony criminal endangerment and imposed a five-year commitment to the Department of Corrections (DOC) with no time suspended. Erickson is being held presently at the Lake County Jail.

Erickson has a recent felony conviction and indicates that he is presently without counsel. We conclude that Erickson may be entitled to pursue this appeal and to qualify for the appointment of counsel to represent him on appeal. Section 46-8-104, MCA.

IT IS ORDERED that Erickson's Petition for an Out-of-Time Appeal is GRANTED. The Clerk of the Supreme Court may file Erickson's submitted Notice of Appeal as of this Order's date.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Tyler Frederick Erickson. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appearance or a Motion to Rescind this Order Appointing Counsel. In the event Erickson qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Tyler Frederick Erickson personally.

DATED this 28 day of December, 2021.

_____

_____

_____

_____

_____
Justices

2